AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rafael Cee-Erwin Solomon | ) | Case No. 2:25-mj-00071 |
| Defendant(s) | ) | |

**FILED**
APR - 3 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 3, 2025** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

On April 3, 2025, at 2313 7th Avenue, in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Rafael Cee-Erwin Solomon possessed an approximately one kilogram block of a substance that field-tested positive for Cocaine, a Schedule II controlled substance. Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Carolyn D. Rash (FBI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 04/03/2025

_____
Judge's signature

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
Printed name and title